1
2          JS - 6
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11    FRANCISCO J. VARGAS,              ) Case No. CV 12-6594-OP
                                        )
12                    Plaintiff,        )
                                        ) JUDGMENT
13          v.                          )
                                        )
14    CAROLYN W. COLVIN, Acting         )
      Commissioner of Social Security,  )
15                                      )
                      Defendant.        )
16
17          Pursuant to the Memorandum Opinion; Order of the United States
18    Magistrate Judge,
19          IT IS ADJUDGED that Judgment be entered affirming the decision of the
20    Commissioner of Social Security, and dismissing this action with prejudice.
21
22
23    DATED: August 8, 2013          _____
24                                   HONORABLE OSWALD PARADA
                                     United States Magistrate Judge
25
26
27
28